UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. TURNER, | No. C 05-4204 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| S. PETRAKIS; et al., | |
| Defendants. | |

Edward T. Turner, currently incarcerated at the California Substance Abuse Treatment Facility in Corcoran, California, filed a pro se civil rights complaint under 42 U.S.C. § 1983 concerning conditions of confinement at San Quentin State Prison, where he was housed earlier. The court reviewed the complaint, found numerous deficiencies, and ordered Turner to file an amended complaint by March 31, 2006. Turner sought and obtained an extension until April 28, 2006 to file his amended complaint. The deadline has long passed and Turner did not file to required amended complaint. Accordingly, this action is dismissed for failure to prosecute and failure to comply with the court's orders. See Fed. R. Civ. P. 41(b). The clerk shall close the file.

IT IS SO ORDERED.

Dated: August 29, 2006

_____
Marilyn Hall Patel
United States District Judge